```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION


THADDEUS PORTER,                *

        Petitioner,              *

vs.                              *
                                      CASE NO. 4:11-CR-100 (CDL)
BRUCE CHATMAN, Warden,          *

        Defendant.              *
```

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on February 10, 2012 is hereby approved, adopted, and made the Order of the Court.

The objection of the Petitioner has been considered and is found to be without merit.

IT IS SO ORDERED, this 16th day of March, 2012.

                                s/Clay D. Land
                                CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE